IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 3:26-CR-006 |
| Plaintiff, | * | Judge Walter H. Rice |
| vs. | * | |
| ISAAC MUHLENKAMP | * | |
| Defendant. | * | |

---

**DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO REVOKE ORDER OF DETENTION AND RELEASE DEFENDANT ON BOND WITH SPECIAL CONDITIONS (DOC. #14), WITHOUT PREJUDICE TO RENEWAL ON OR AFTER A CERTAIN CONDITION PRECEDENT OCCURING IN THE FUTURE**

---

The defendant has filed a Motion to Revoke the Order of Detention and release him on Bond with Special Conditions (Doc. #14). Following review of the Pretrial Services Report, the Criminal Complaint (Doc. #3), and further, having heard the defendant's witness and the government's proffer, this Court finds said motion to be not well taken and same is, therefore, **OVERRULED** at this time, without prejudice to renewal. In so ruling, this Court concludes that the presumption of detainability has not been rebutted, by clear and convincing evidence, and that, accordingly, this Court cannot conclude that there exists no condition or combination of conditions that will not endanger the safety of any other person or the community.

At this point in time, the defendant's case has not been adjudicated, either by trial or plea. If defendant's case is later adjudicated, whether by trial or plea, this Court will do then what it is hesitant to do now, to wit: Refer the defendant to a mental health professional for a psychological assessment. If said assessment is not alarming, untimely or denied, this Court will consider a renewed motion to revoke the detention order. Of course, should the defendant be acquitted or, in the alternative, should the present charges be dismissed, the issue of the detention order and its possible revocation and admission of defendant to bond will become moot.

Date: 3/5/2026

(Dictated by Judge Rice, reviewed by him prior to electronic signature.)
**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**